JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LINDA L. ARVANITES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV08-4134 GAF (AJWx)<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　Upon consideration of the parties' stipulation, IT IS ORDERED that this action be dismissed in its entirety with prejudice as to all defendants, with each party to bear its own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: July 7, 2009　　　　By: _/s/ Gary Feess_____
　　　　　　　　　　　　　　　HON. GARY A. FEESS
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE